UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 02-61307-CIV-GOLD/TURNOFF

COMMODITY FUTURES TRADING COMMISSION,

        Plaintiff,

vs.

DONALD C. O'NEILL, an individual,
FRECOM TECHNOLOGY CORPORATION,
MOMENTUM TRADING GROUP, LTD., NDT
FUND, LLC, ORCA FUNDS, INC., ORCA
CAPITAL FUND A, LLC, ORCA MOHAVE A,
LLC, ORCA HOPI A, LLC and SHELALEY
HOLDINGS, LLC,

        Defendants,

and

DANIELLE O'NEILL, NANCY IAGROSSI
and ROBERT O'NEILL,

        Relief Defendants.
_____/

## FINAL ORDER AWARDING ATTORNEY'S FEES AND REIMBURSED COSTS TO RECEIVER AND HIS COUNSEL

THIS CAUSE came on to be heard on the Verified Petition of the Receiver to Award Final Attorney's Fees to the Receiver and his counsel for the period from November 6, 2006 through April 13, 2007, and the Court being fully apprised in the premises, it is hereby

ORDERED AND ADJUDGED that the Receiver be authorized to pay as attorney's fees and reimbursed costs the following sums: $1,487.50 as final fees and $28.49 as reimbursed costs to Murai Wald Biondo Moreno & Brochin, P.A. as counsel to the Receiver.

DONE AND ORDERED in Chambers, at Miami, Miami-Dade County, Florida this ____ day of _____, 2007.

                                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:
All counsel of record
United States Magistrate Judge William Turnoff